**Jorge Ibarra LOPEZ; Florentina Ibarra, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71419.

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2007.\*

Filed June 27, 2007.

Jorge Ibarra Lopez, Capistrano Beach, CA, pro se.

Florentina Ibarra, Capistrano Beach, CA, pro se.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Anthony P. Nicastro, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: LEAVY, T.G. NELSON and RYMER, Circuit Judges.

MEMORANDUM **

Jorge Ibarra Lopez and Florentina Ibarra seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative, *see Romero–Torres v. Ashcroft,* 327 F.3d 887, 890 (9th Cir.2003), and petitioners do not raise a colorable due process claim, *see Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction").

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).